**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 12-cv-00510-BNB
(**The above civil action number must appear on all future papers
sent to the court in this action.  Failure to include this number
may result in a delay in the consideration of your claims.**)

ANA M. FRANCIS,

    Plaintiff,

v.

UNITED AIRLINES,

    Defendant.

## ORDER DIRECTING PLAINTIFF TO CURE DEFICIENCIES

Plaintiff, Ana M. Francis, currently resides in Aurora, Colorado.  She has submitted a Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 and a Title VII Complaint.

As part of the Court's review pursuant to D.C.COLO.LCivR 8.2, the Court has determined that the submitted documents are deficient as described in this order.  Plaintiff will be directed to cure the following if she wishes to pursue her claims.  Any papers that Plaintiff files in response to this order must include the civil action number noted above in the caption of this order.

**28 U.S.C. § 1915 Motion and Affidavit**:
(1)  ___  is not submitted
(2)  ___  is missing affidavit
(3)  ___  is missing certified copy of prisoner's trust fund statement for the 6-month period immediately preceding this filing
(4)  ___  is missing certificate showing current balance in prison account
(5)  ___  is missing required financial information
(6)  ___  is missing an original signature by the prisoner
(7)  ___  is not on proper form (must use the court's current form)
(8)  ___  names in caption do not match names in caption of complaint, petition or habeas application

(9)  __      An original and a copy have not been received by the court.
             Only an original has been received.
(10) X       other:  Plaintiff fails to answer question in first paragraph regarding
             whether she requests the Court to direct the U.S. Marshals Service to
             serve process.

**Complaint, Petition or Application**:
(11) __      is not submitted
(12) __      is not on proper form (must use the court's current form)
(13) __      is missing an original signature by the prisoner
(14) __      is missing page nos. __
(15) __      uses et al. instead of listing all parties in caption
(16) __      An original and a copy have not been received by the court.  Only an
             original has been received.
(17) __      Sufficient copies to serve each defendant/respondent have not been
             received by the court.
(18) __      names in caption do not match names in text
(19) X       other: Complete address must be provided for each named defendant

Accordingly, it is

   ORDERED that Plaintiff cure the deficiencies designated above **within thirty days from the date of this order**.  Any papers that Plaintiff files in response to this order must include the civil action number on this order.  It is

   FURTHER ORDERED that Plaintiff shall obtain the Court-approved form used in filing a Title VII Complaint and a Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915, along with the applicable instructions, at www.cod.uscourts.gov.  It is

   FURTHER ORDERED that, if Plaintiff fails to cure the designated deficiencies **within thirty days from the date of this order**, the complaint and the action will be dismissed without further notice.

   DATED March 1, 2012, at Denver, Colorado.

                                        BY THE COURT:

                                        s/Boyd N. Boland
                                        United States Magistrate Judge