IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-00510-BNB

ANA M. FRANCIS,

      Plaintiff,

v.

UNITED AIRLINES, INC.,

      Defendant.

---

## ORDER DRAWING CASE

---

After review pursuant to D.C.COLO.LCivR 8.1C, the Court has determined that this case does not appear to be appropriate for summary dismissal.  Therefore, the case will be drawn to a district judge and to a magistrate judge.  *See* D.C.COLO.LCivR 8.1D.  Accordingly, it is

ORDERED that this case shall be drawn to a district judge and to a magistrate judge.

DATED March 21, 2012, at Denver, Colorado.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge