IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 12–cv–00510–PAB–KMT

ANA M. FRANCIS,

    Plaintiff,

v.

UNITED AIRLINES, INC.,

    Defendant.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**

"Plaintiff's Motion for Leave [sic] Serve and Receive Documents Outside of the ECF Systems" (Doc. No. 15, filed July 9, 2012) is GRANTED in part. Pursuant to the Electronic Case Filing Procedures for the District of Colorado (Civil Cases), non-prisoner *pro se* parties, such as Plaintiff, are not permitted to use the Electronic Case Filing System (ECF) and must file their documents in paper. D.C.COLO ECF Procedures (Civil) 1.2F. Similarly, filers are required to serve paper copies of any electronically filed pleading, document, or proposed order on parties not registered for ECF consistent with the Federal Rules of Civil Procedure. *Id.* 5.7.E. Accordingly, pursuant to these procedures, Plaintiff shall serve all court documents in paper and will be served with all court-filings consistent with Fed. R. Civ. P. 5 (which provides, *inter alia,* that service may be completed by mailing papers to the person's last known address).

Dated: July 11, 2012