IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 12–cv–00510–PAB–KMT

ANA M. FRANCIS,

    Plaintiff,

v.

UNITED AIRLINES, INC.,

    Defendant.

---

**ORDER GRANTING SERVICE BY UNITED STATES MARSHAL**

---

This matter is before the court on "Plaintiff's Motion for US Marshal Service." (Doc. No. 14, filed July 6, 2012.) Plaintiff seeks to have the court direct the United States Marshal Service to serve Defendant.

The court has granted Plaintiff leave to proceed *in forma pauperis* in this matter. Pursuant to 28 U.S.C. 1915(d), a plaintiff proceeding *in forma pauperis* is entitled to have "[t]he officers of the court," which in nearly all circumstances means the United States Marshal, "issue and serve all process."

The court notes the United States Marshal previously attempted to effect service on Defendant on May 4, 2012, but the attempt at service was unsuccessful. (*See* Doc. No. 12, filed May 4, 2012.) The summons returned unexecuted to the court indicated that Defendant did not return a waiver of service and that the Marshall was otherwise unable to locate Defendant. (*Id.*)

This is likely because the address featured for Defendant in Plaintiff's Amended Title VII Complaint was a P.O Box, rather than a physical address.

Plaintiff has now provided the court with a corrected, physical address for Defendant. Accordingly, the court will direct the United States Marshal Service to attempt to effect service upon Defendant at this new address. The court will further extend the deadline for serving Defendant pursuant to Fed. R. Civ. P. 4(m).

Therefore, it is

ORDERED that "Plaintiff's Motion for US Marshal Service" (Doc. No. 14) is GRANTED. If appropriate, the United States Marshal shall attempt to obtain a waiver of service from Defendant. If unable to do so, the United States Marshal shall serve a copy of the Amended Title VII Complaint, summons, order granting leave to proceed pursuant to 28 U.S.C. § 1915, and all other orders upon Defendant at <u>77 Wacker Drive, Chicago, Illinois 60601</u>. If appropriate, the Marshal shall first attempt to obtain a waiver of service of these documents pursuant to Fed. R. Civ. P. 4(d). All costs shall be advanced by the United States.

It is further

ORDERED that the deadline for serving Defendant is extended to August 7, 2012, pursuant to Fed. R. Civ. P. 4(m).

Dated this 13th day of July, 2012.

BY THE COURT:

*Kathleen M. Tafoya*

Kathleen M. Tafoya
United States Magistrate Judge

2