**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Kathleen M. Tafoya**

Civil Action No:     12-cv-00510-RM-KMT            Date:   November 14, 2013
Courtroom Deputy:    Sabrina Grimm                 FTR:    Courtroom C-201

*Parties:*                                        *Counsel:*

ANA M. FRANCIS,                                   Nelson Alston

   Plaintiff,

v.

UNITED AIRLINES, INC.,                            Mark Wiletsky

   Defendant.

**COURTROOM MINUTES**

**MOTION HEARING**

**1:38 p.m.         Court in session.**

Court calls case. Appearances of counsel.

Discussion regarding policies related to "food for sale" items and perishable items at the end of a 4 hour or longer flight.

**ORDERED**: **Plaintiff's Motion and Memorandum to Compel Defendant to Fully Respond to Plaintiff's Third Set of Requests for Production of Documents and Motion for Sanctions [61] is GRANTED IN PART, as narrowed by the Court. Defendant is directed to produce either a stipulation or a responsive document on or before November 21, 2013.**

Court states its practice regarding discovery disputes.

**2:57 p.m.         Court in recess.**

Hearing concluded.   Total in-court time:   01:19

*To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.