**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE RAYMOND P. MOORE**

Courtroom Deputy: Emily Seamon      Date: August 12, 2014
Court Reporter:   Tammy Hoffschildt

**CASE NO.   12-cv-00510-RM-KMT**

<u>Parties</u>                          <u>Counsel</u>

ANA M. FRANCIS,                    Nelson Alston

    Plaintiff,

v.

UNITED AIRLINES, INC.,             Maureen Witt
                                   Mark Wiletsky
    Defendant.

**COURTROOM MINUTES**

**ORAL ARGUMENT
COURT IN SESSION**:      **1:06 p.m.**
Court calls case. Appearances of counsel.  Also seated at Defendant's table: paralegal Jill Nickerson.

Before the Court today is Defendant United Air Lines' Motion for Summary Judgment and Request for Oral Argument [Doc. No. 64].

1:07 p.m.     Argument by Mr. Wiletsky.

1:27 p.m.     Response by Mr. Alston.  Defense counsel plays video clip of Plaintiff's actions on June 6, 2011.

2:13 p.m.     Reply by Mr. Wiletsky.

The Court will issue a written ruling shortly.

**ORDERED:** Defendant United Air Lines' Motion for Summary Judgment and Request for Oral Argument [Doc. No. 64] is **GRANTED**.

**COURT IN RECESS**:    **2:24 p.m.**
**Total in court time**:    **1:18**
**Hearing concluded**